# United States Court of Appeals
## For the First Circuit

---

No. 00-2031

UNITED STATES OF AMERICA,

Appellee,

v.

EDGARDO VELEZ-SALDANA,

Defendant, Appellant.

---

ERRATA

The opinion of this court, issued on June 8, 2001, should be amended as follows.

On page 8, line 3 of 3rd full paragraph, insert ", 696" after "690".